IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No:     16-cv-02495-MSK-MJW          Date:   February 2, 2017
Courtroom Deputy:    Stacy Libid                  FTR:    Courtroom A-502

*Parties:*                                          *Counsel:*

NATIONWIDE TELECOM INCORPORATED,                    Aimee Bove

   Plaintiff,

v.

DOLLAR PHONE CORP.,                                 Lee Kutner

   Defendant.

## COURTROOM MINUTES

### HEARING:  RULE 16(b) SCHEDULING CONFERENCE

**8:55 a.m.        Court in session.**
Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Joinder of Parties/Amendment to Pleadings:  **April 28, 2017**

Discovery Cut-off:    **November 30, 2017**

Dispositive Motions Deadline:  **December 29, 2017**

Each side shall be limited to **two** expert witnesses, without further leave of Court.
Disclosure of Affirmative Experts:    **September 1, 2017**
Disclosure of Rebuttal Experts: **October 2, 2017**
Expert disclosures shall be consistent with FRCP 26(a)(2)(b).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **October 27, 2017.**

Each side shall be limited to 25 Interrogatories, 25 Requests for Production, and 25 Requests for Admission, without leave of Court.

Each side shall be limited to 10 depositions, including experts. Depositions shall not exceed 7 hours deponent.  All depositions, fact and expert witnesses, shall be completed by **November 30, 2017.**

Pretrial conferences and trial dates will be set by District Judge Marcia S. Krieger.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]** Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**9:27 a.m.       Court in recess.**
Total in-court time:   00:32

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.