UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| NATIONWIDE TELECOM INCORPORATED ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOLLAR PHONE CORP., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 16-CV-2495-MJW |

**ORDER EXTENDING TIME TO FILE REPLY**

THIS MATTER having come before the Court on the Defendant's Motion for Extension of Time to File Reply with respect to the Plaintiff's Response to Motion To Dismiss or Change Venue, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

That the date by which the Defendant is required to file its Reply is hereby extended for an additional seven (7) days up to and including February 14, 2017.

DONE and entered this _____ day of February, 2017 at Denver, Colorado.

_____
Chief Judge Marcia S. Krieger
United States District Court