# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| Nationwide Telecom Incorporated | § § § § | |
| *Plaintiff* | § § § | |
| v. | § § | Civil Action No. 16-CV-02495-MSK-MJW |
| Dollar Phone Corp. | § § § § | |
| *Defendant.* | § § § | |

## DECLARATION OF CHIRAG MEHTA

I, Chirag Mehta, do hereby declare, pursuant to 28 USC § 1746 and subject to penalties of perjury, that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am President of Non-Party TPC of Colorado, Inc. ("TPC"). I have been employed by TPC and serving in this position since 2003. I am making this declaration in support of Defendant Dollar Phone Corp's motion to dismiss in its entirety, or, in the alternative, transfer this action to the United States District Court for the Eastern District of New York pursuant to 28 USC § 1404(a).

2. TPC is a Colorado corporation which was incorporated on April 2, 2003 and is based out of Aurora, Colorado. A true copy of TPC's Certificate of Incorporation and

current annual report which is publicly on file with the Colorado Secretary of State is attached herewith as Exhibit "A".

3. In my capacity as President, I am personally familiar with all aspects of TPC's business and operations including all persons and entities with whom we transact business. TPC's line of business includes, among other things, arranging and coordinating the distribution of prepaid calling card and pinless products to local retailers in the Denver metropolitan area and throughout the State of Colorado, as well as supporting those retailers on an ongoing basis with the marketing and advertisement of such products.

4. TPC distributes prepaid calling cards and pinless products on a non-exclusive basis for a wide assortment of national and international telecom and calling card providers including Non-Party Dollar Phone Enterprise, Inc.[1] TPC has been distributing Dollar Phone Enterprise, Inc. products since 2013.

5. I am personally familiar with the local retailer Golf 1st Grocery located at 10 Havana Street #110 in Aurora, Colorado ("Golf 1st"). I have been providing Golf 1st with various prepaid calling card and pinless products for resale to its customers since October, 2012. In particular, I have been providing Golf 1st with Dollar Phone Enterprise, Inc. prepaid calling card and pinless products for resale to its customers since November, 2016.

---

[1] TPC does not have a direct agreement with Dollar Phone Enterprise, Inc. to distribute its prepaid calling card and pinless products. TPC has an agreement with and is a sub distributor for Santos Communications, LLC of Phoenix, Arizona, who in turn is a Master Agent for Dollar Phone Enterprise, Inc. However, I jointly work with personnel from both Dollar Phone Enterprise, Inc. and Santos Communications, LLC regarding operational matters related to the distribution and marketing of Dollar Phone Enterprise, Inc. products.

6. On December 3, 2016, I received, at TPC's office in Aurora, Colorado, a delivery from Fed Ex with tracking number 690191144909. This package was a drop shipment sent from Coast2Coast Printing in Metuchen, New Jersey on behalf of Dollar Phone Enterprise, Inc. and consisted of a case of 2,500 "WAM International Pinless" $5 prepaid calling cards. A true copy of the Fed Ex tracking for this shipment[2] is attached herewith as Exhibit "B".

7. On December 31, 2016, I delivered to Golf 1st grocery, a total of one hundred (100) "WAM International Pinless" $5 calling cards for resale to their customers.

8. TPC has never transacted business of any kind with Defendant Dollar Phone Corp.

9. TPC has never distributed or sold any product or service on behalf of or offered by defendant Dollar Phone Corp to Golf 1st or any other retailer.

10. The first time myself or TPC ever had an interaction of any kind with anyone from Defendant Dollar Phone Corp. was on January 31, 2017 when I was asked if I would be willing to submit a statement regarding my personal knowledge of Dollar Phone Enterprise Inc.'s WAM International Pinless $5 calling card product and Golf 1st Grocery, followed up with a phone call with a Dollar Phone Corp. representative on February 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Chirag Mehta

Executed on February 13, 2017

---

[2] https://www.fedex.com/apps/fedextrack/?tracknumbers=690191144909&cntry_code=us

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been sent, via ECF/PACER and/or electronic mail, to the attorneys of record referenced below this 14th day of February, 2017:

Aimee M. Bove
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
ATTORNEY FOR PLAINTIFF NATIONWIDE TELECOM INCORPORATED

/s/ Edward N. Gewirtz

By: Edward N. Gewirtz
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
(212) 697-7296 (facsimile)
Chona@bgandg.com
Co-Attorney for Defendant

