UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| Nationwide Telecom Incorporated | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 16-CV-02495-MSK-MJW |
| | § | |
| Dollar Phone Corp. | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF SAM KLINGER

I, Sam Klinger, do hereby declare, pursuant to 28 USC § 1746 and subject to penalties of perjury, that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am an Executive Vice President for Defendant Dollar Phone Corp. I have been employed by and acting in this position since January, 2005. I am making this declaration in support of Dollar Phone Corp's motion to dismiss in its entirety, or, in the alternative, transfer this action to the United States District Court for the Eastern District of New York pursuant to 28 USC § 1404(a).

2. In my capacity as Executive Vice President, I am familiar with all aspects of Dollar Phone Corp.'s business and operations including all persons and entities with

whom we transact business of any kind, and any and all products and services Dollar Phone Corp. offers anywhere.

3. Dollar Phone Corp. has not entered into any contract or agreement with and does not transact business of any kind with Vijay Santos or Santos Communications, LLC. I am not personally familiar in any way with either Vijay Santos or Santos Communications, LLC.

4. Dollar Phone Corp. has not entered into any contract or agreement with and does not transact business of any kind with either Chirag Mehta or TPC of Colorado, Inc. I am not personally familiar in any way with either Chirag Mehta or TPC of Colorado, Inc.

5. Dollar Phone Corp. has not entered into any contract or agreement with and does not transact business of any kind with C2C Print, LLC. I am not personally familiar in any way with C2C Print, LLC.

6. Dollar Phone Corp. has no part whatsoever in the production, marketing or ditribution, nor any association of any kind with the "WAM International Pinless" $5 prepaid calling cards offered by Non-Party Dollar Phone Enterprise, Inc.[1] I only first became aware of the "WAM International Pinless" products upon reviewing Plaintiff's "Exhibit B" in its "RESPONSE TO MOTION TO DISMISS OR CHANGE VENUE"[2] which Plaintiff filed with the Court on January 24, 2017.

---

[1] Dollar Phone Enterprise, Inc., a prepaid calling card marketer and provider (and strictly a client of Dollar Phone Corp.) was originally named as Defendant in this action. Plaintiff has since amended their Complaint and instead named Dollar Phone Corp. as sole Defendant.

[2] *Nationwide Telecom Incorporated. v. Dollar Phone Corp., 16-cv-2495-MSK-MJW, Dkt 29-2*

I declare under penalty of perjury that the foregoing is true and correct.

                                                                              Sam Klinger

Executed on February 13, 2017

Case 1:16-cv-02495-MSK-MJW Document 52 Filed 02/14/17 USDC Colorado Page 4 of 4

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been sent, via electronic mail, to the attorneys of record referenced below this 14th day of February, 2017:

Aimee M. Bove
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
ATTORNEY FOR PLAINTIFF NATIONWIDE TELECOM INCORPORATED

/s/ Edward N. Gewirtz

By: Edward N. Gewirtz
Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
(212) 697-7296 (facsimile)
Chona@bgandg.com
Co-Attorney for Defendant