## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| Nationwide Telecom Incorporated | § § § § | |
| *Plaintiff* | § § § | |
| v. | § § § | Civil Action No. 16-CV-02495-MSK-MJW |
| Dollar Phone Corp. | § § § § | |
| *Defendant.* | § § | |

## DECLARATION OF DAVID KLEIN

I, David Klein, do hereby declare, pursuant to 28 USC § 1746 and subject to penalties of perjury, that the following facts are true and correct to the best of my knowledge, information and belief:

1.  I am the Owner, Principal Member and Chief Technology Officer for MDK Network, LLC, ("MDK"), a technology and security consulting firm located in Brooklyn, New York.  MDK has been providing technology consulting services to Defendant Dollar Phone Corp ("DPC") since MDK 's organization in 2011, and I personally have been providing similar network and security consulting services to DPC as well as DPC's parent company Global Switching, Inc. and DPC's other affiliated companies since 2003. I am making this declaration in support of Defendant Dollar Phone Corp.'s motion for reconsideration.

2.   I have over 20 years of experience working in the technology sector with in-depth knowledge and understanding of TCP/IP[1] protocol as well as the ability to geolocate[2] IP addresses with high accuracy.  A true copy of my resume detailing my experience and qualifications is attached herewith as Exhibit "A".

3.   Using publicly-available resources, I have been able to determine the location of five specific IP addresses: 65.112.165.7, 65.112.165.8, 65.112.165.9, 65.112.165.13 and 65.112.165.15, and by extension, the physical location of Plaintiff Nationwide Telecom, Inc. 's ("Nationwide") servers based upon their IP addresses.

4.   On September 26, 2017 I ran a geolocation using an online geolocation service[3]  for Nationwide's server IP addresses that Nationwide alleges DPC accessed without authorization.[4]

5.   The geolocation of the IP addresses indicates that the IP addresses are registered  to  Nationwide  via  service  provider  CenturyLink  (f.k.a.  Qwest Communications) and that the VoIP servers that Nationwide has stated are utilizing those IP addresses are physically located in Los Angeles, CA.  Attached herewith as Exhibit "B"  is a true copy of the geolocation for those IP addresses.

---

[1] TCP/IP, or the "Transmission Control Protocol/Internet Protocol", is a suite of communication protocols used to interconnect network devices on the internet.  *http://searchnetworking.techtarget.com/definition/TCP-IP*

[2] In computing, geolocation software is software that is capable of deducing the geolocation of a person or object and perhaps their actual location. Sometimes, the geolocation of an object is used to impute the location of its owner or user. For example, on the Internet, the identification of a device's IP address can be used to determine the country and even the city and post/ZIP code, organization, or user the IP address has been assigned to, and then to determine an object's actual location. Other methods include examination of a MAC address, image metadata, or credit card information.  *https://en.wikipedia.org/wiki/Geolocation_software*

[3] https://www.iplocation.net/

[4] *Amended Complaint*   Docket # 17, ¶ 19

6.    Using a separate service, I then verified the ipv4 netblock allocation[5],  ipv4 block info[6] and the overall CenturyLink block subnet allocation showing it's specific subnet position[7].  Attached herewith as Exhibit "C"  is a true copy of this verification.

7.   I then ran a geolocation for six additional IP addresses[8] that  Nationwide alleges DPC also accessed without authorization: 65.115.130.55, 67.135.78.208, 72.165.111.179, 72.165.111.68, 72.166.217.17 and 72.166.217.181.   The geolocation indicates that neither these IP addresses nor their associated equipment in use with these IP addresses are located in the State of Colorado.  Attached herewith as Exhibit "D"  is a true copy of the geolocation for those IP addresses.

8.    Per Nationwide's website, Nationwide maintains a location in Los Angeles, California located at 650 S. Grand Ave., Suite 1000, Los Angeles, CA 90017.[9]

9.   650 S. Grand Ave., Suite 1000, Los Angeles, CA 90017 is not a business office, but rather an equipment colocation facility operated by US Colo[10] [11] in the historic Quinby Building[12].   Colocation facilities provide space, power, cooling, and physical

---

[5] *http://ipv4info.com/org/s473a27/NT-62.html*

[6] *http://ipv4info.com/ip-address/s04c639/65.112.165.0.html*

[7] *http://ipv4info.com/subblocks/s3d5ce1/page2/65.112.0.0-65.127.255.255.html*

[8] *Amended Complaint  Docket # 17, ¶ 20*

[9] http://www.nationwidetelecom.net/contact-us

[10] http://www.uscolo.com/facility.htm

[11] http://www.uscolo.com/contact.htm

[12] https://www.emporis.com/buildings/136758/quinby-building-los-angeles-ca-usa

security for the server, storage, and networking equipment of other firms—and connect them to a variety of telecommunications and network service providers.[13]

10.   Based upon the foregoing, the 65.112.165.7, 65.112.165.8, 65.112.165.9, 65.112.165.13 and 65.112.165.15 IP addresses and server equipment hooked up to those IP addresses alleged by Nationwide to have been improperly accessed or used by DPC, are physically located at the US Colo colocation facility at 650 S. Grand Ave., Suite 1000 in Los Angeles, California.  Attached herewith as Exhibit "E"  is a true copy of the floor plan layout for the US Colo colocation facility at 650 S. Grand Ave., Suite 1000.[14]

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David Klein
_____
David Klein

Executed on September 27, 2017

---

[13] https://en.wikipedia.org/wiki/Colocation_centre

[14] www.uscolo.com/img/pdf/10th_floor.pdf

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2017, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Aimee M. Bove
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Attorneys for Plaintiff Nationwide Telecom Incorporated
above@bknmurray.com

and

Michael J. Davis, Partner
4100 E. Mississippi Avenue, Suite 420
Denver, Colorado  80246
mdavis@dlglaw.net

Dated:  September 28, 2017

_/s/_____
Edward N. Gewirtz