# Exhibit B



WHAT IS MY IP | HIDE IP | CHANGE IP | VPN | PROXY | DDOS | WEB | TOOLS

FORUMS

## Where is Geolocation of an IP Address?

G+

SEARCH OUR WEBSITE
Google Custom Search   Search

Geolocation for IP **65.112.165.7**
Hide IP with VPN

IP Location Finder

Who, What or Domain Name   Lookup

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

Do you have a problem with IP location lookup? Report a problem.

IP TOOLS
Trace Email Source
Verify Email Address
Proxy Check
Subnet Calculator

DOMAIN TOOLS
Who is Hosting a Website
Alexa Traffic Rank Checker
Domain Age Checker
Reverse DNS Lookup
HTTP Header Check

ADVERTISEMENT

### Geolocation data from IP2Location (Product: DB6, updated on 2017-9-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.7 | United States | California | Chico |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Mandalance Telecom Inc. | Not Available | 34.0520 | -118.2437 |

### Geolocation data from ipinfo.io (Product: API real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.7 | United States | Not Available | Not Available |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Qwest Communications Company, LLC | NATIONWIDE TELECOM, INC. | 27.7510 | -97.8220 |

### Geolocation data from EurekAPI (Product: API real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.7 | United States | California | Bell |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| CenturyLink | CenturyLink | 23.9761 | -118.1535 |

### Geolocation data from DB-IP (Product: Full, 2017-8-2)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.7 | United States | California | Los Angeles |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| CenturyLink | CenturyLink, Inc | 34.0522 | -118.244 |

### Geolocation data from MaxMind (Product: GeoLiteCity, updated on 2017-9-6)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.7 | United States | Not Available | Not Available |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Not Available | Not Available | 37.751 | -97.822 |


ARE YOU AS TECH SAVVY AS YOU THINK?

ARTICLES
What is an IP Address?
What is an IPv6 Address?
What is a Subnet Mask?
What is a MAC address?
What is an Ethernet?
What is a TCP/IP?
What is a DHCP?
What is ipconfig utility?
What is IP Spoofing?
What is public and private IP addresses?
What is static and dynamic IP addresses?
How to find my computer's IP address?
My IP address is hacked. What do I do?

ADVERTISEMENT


Protect Your Site from Attacks
Get the DDoS Response Playbook
DOWNLOAD NOW

VPN & PROXY ARTICLES
What is a VPN?
What is a Proxy Server?
What is Tor?
What is Internet Censorship?
What is a Personal VPN?
What is difference between Proxy & VPN?
How to detect and prevent DNS Leak?
How to unblock blocked websites?
What is a Smart DNS Proxy Server?

RELATED ARTICLES
Find IP address of a network printer?
Find IP addresses of a private network
How to shape bandwidth?
How to wire a RJ-45 cable?
Email delivery problems explained
What is SEO and how to achieve it?

SMARTPHONE ARTICLES
Track lost smartphone w/ IP Address
Locate your lost Android smartphone?
How to locate your lost iPhone?

ADVERTISEMENT

## Why do you need geolocation?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your web visitors are coming from. You might have an ecommerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given the IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or Dnsstuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of origin. You may also use products developed by 3rd party companies like IP2Location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

## IP-based Geolocation FAQ

### 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. IP2Location, MaxMind, Tamo Soft and iRegence offer a fee-based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2Location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a Lite or Community edition that provides IP-to-Country mappings. Ip2Country.net and Webhosting.info (Directi) offer free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Ip2Country database accuracy is more like 95%. For IP-to-Region (or City), accuracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

ABOUT US
Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and Internet.

TOP RATED VPN PROVIDERS
★★★★★ Company Review Visit Site
★★★★★ Company Review Visit Site
★★★★★ Company Review Visit Site

BLOGROLL
Web Hosting Resources
Webmaster Resources
Prepaid Wireless Plans
Find a Tennis Partner

COMPANY INFO
Terms of Service
Privacy Policy
Advertise With Us
Contact Us





| WHAT IS MY IP | HIDE IP | CHANGE IP | VPN | PROXY | DDOS | WEB | TOOLS | FORUMS |

## Where is Geolocation of an IP Address?

G+

Geolocation for **65.112.165.8**.
Hide IP with VPN

**IP Location Finder**

| IPv4, IPv6 or Domain Name | IP Lookup |

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you trust.

Do you have a problem with IP location lookup? Report a problem.

### Geolocation data from IP2Location (Product: DB6, updated on 2017-9-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.8 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| Nationwide Telecom Inc. | | 34.0522 | -118.2637 |

### Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.8 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Quest Communications Company, LLC | NATIONWIDE TELECOM, INC. | 37.7510 | -97.8220 |

### Geolocation data from EurekAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.8 | United States | California | Bell |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink | 33.9761 | -118.1535 |

### Geolocation data from DB-IP (Product: Full, 2017-8-2)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.8 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink | 34.0522 | -118.244 |

### Geolocation data from MaxMind (Product: GeoLiteCity, updated on 2017-9-6)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.8 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Not Available | Not Available | 37.751 | -97.822 |



1/15

A single Google search needs more computing power than it took to send Apollo 11 to the Moon. The Apollo computer was less equipped than a modern toaster.

---

### SEARCH OUR WEBSITE

[ Google Custom Search ]   Search

### IP TOOLS
- Trace Email Source
- Verify Email Address
- Proxy Check
- Subnet Calculator

### DOMAIN TOOLS
- Who is Hosting a Website
- Alexa Traffic Rank Checker
- Domain Age Checker
- Reverse DNS Lookup
- HTTP Server Header Check

### ADVERTISEMENT

### IP ARTICLES
- What is an IP Address?
- What is an IPv6 Address?
- What is a Subnet Mask?
- What is a MAC address?
- What is an Ethernet?
- What is a TCP/IP?
- What is a DHCP?
- What is Geolocality utility?
- What is IP Spoofing?
- What is public and private IP addresses?
- What is static and dynamic IP addresses?
- How to find my computer's IP address?
- My IP address is hacked. What do I do?

### ADVERTISEMENT



Protect Your Site from Attacks

Get the DDoS Response Playbook

DOWNLOAD NOW

IMPERVA INCAPSULA

### VPN & PROXY ARTICLES
- What is a VPN?
- What is a Proxy Server?
- What is Tor?
- What is Internet Censorship?
- What is a Personal VPN?
- What is difference between Proxy & VPN?
- How to detect and prevent DNS Leak?
- How to unblock blocked websites?
- What is a Smart DNS Proxy Service?

### RELATED ARTICLES
- Find IP address of a network printer?
- Find IP addresses of a private network
- How to shape bandwidth
- How to wire a RJ-45 cable?
- Email delivery problems explained
- What is SEO and how to achieve it?

### SMARTPHONE ARTICLES
- Track lost smartphone w/ IP address
- Locate your lost Android smartphone
- How to locate your lost iPhone?

### ADVERTISEMENT

---

## Why do you need geolocation?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your web visitors are coming from. You might have an ecommerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or DnsStuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of origin. You may also use products developed by 3rd party companies like Ip2location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

---

## IP-based Geolocation FAQ

### 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. Ip2location, MaxMind, Tamo Soft and IPligence offer a few based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2Location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a lite or Community edition that provides IP-to-Country mappings. Ip2Country.net and WebHosting.info (Direct) offer free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Ip2Country database accuracy is more like 95%. For IP-to-Region (or City), accuracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

---

### ABOUT US

Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and Internet.

### TOP RATED VPN PROVIDERS


★★★★★ Company Review
Visit Site

★★★★★ Company Review
Visit Site

★★★★★ Company Review
Visit Site

### BLOGROLL
- Web Hosting Resources
- Webmaster Resources
- Prepaid Wireless Plans
- Find a Tennis Partner

### COMPANY INFO
- Terms of Service
- Privacy Policy
- Advertise With Us
- Contact Us




© 2000 - 2017, IP2eX Media, Inc. All rights reserved.



WHAT IS MY IP    HIDE IP    CHANGE IP    VPN    PROXY    DDOS    WEB    TOOLS    FORUMS

## Where is Geolocation of an IP Address?

G+

Geolocation for **65.112.165.9**.
Hide IP with VPN

**IP Location Finder**

| IPv4, IPv6 or Domain Name | IP Lookup |

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

Do you have a problem with IP location lookup? Report a problem.

### Geolocation data from IP2Location (Product: DB6, updated on 2017-9-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.9 | United States 🇺🇸 | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| Nationwide Telecom Inc. |  | 37.751 | -118.2637 |

### Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.9 | United States 🇺🇸 | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Quest Communications Company, LLC | NATIONWIDE TELECOM, INC. | 37.7510 | -97.8220 |

### Geolocation data from EurekAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.9 | United States 🇺🇸 | California | Bell |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink | 33.9761 | -118.1535 |

### Geolocation data from DB-IP (Product: Full, 2017-8-2)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.9 | United States 🇺🇸 | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink, Inc. | 34.0522 | -118.244 |

### Geolocation data from MaxMind (Product: GeoLite City, updated on 2017-9-6)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.9 | United States 🇺🇸 | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Not Available | Not Available | 37.751 | -97.822 |


ARE YOU UP TO DATE WITH ALL THE TECH FACTS?

## Why do you need geolocation?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your visitors are coming from. You might have an ecommerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or Dnsstuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of origin. You may also use products developed by 3rd party companies like Ip2location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

## IP-based Geolocation FAQ

### 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves is mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. Ip2location, MaxMind, Tamo Soft and IPligence offer a fee based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a lite or Community edition that provides IP-to-Country mappings. Ip2country.net and WebHosting.info (Direct) offer free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Ip2Country database accuracy is more like 95%. For IP-to-Region (or City), accuracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

SEARCH OUR WEBSITE

| Custom Search | Search |

IP TOOLS
- Trace Email Source
- Verify Email Address
- Proxy Check
- Subnet Calculator

DOMAIN TOOLS
- Whois Hosting a Website
- Alexa Traffic Rank Checker
- Domain Age Checker
- Reverse DNS Lookup
- HTTP Server Header Check

ADVERTISEMENT

IP ARTICLES
- What is an IP Address?
- What is an IPv6 Address?
- What is a Subnet Mask?
- What is a MAC address?
- What is an Ethernet?
- What is a TCP/IP?
- What is a DHCP?
- What is Ipconfig utility?
- What is IP Spoofing?
- What is public and private IP addresses?
- What is static and dynamic IP addresses?
- How to find my computer's IP address?
- My IP address is hacked. What do I do?

ADVERTISEMENT


Protect Your Site from Attacks

Get the DDoS Response Playbook

DOWNLOAD NOW    

VPN & PROXY ARTICLES
- What is a VPN?
- What is a Proxy Server?
- What is Tor?
- What is Internet Censorship?
- What is a Personal VPN?
- What is difference between Proxy & VPN?
- How to detect and prevent DNS Leak?
- How to unblock blocked websites?
- What is a Smart DNS Proxy Server?

RELATED ARTICLES
- Find IP address of a network printer?
- Find IP addresses of a private network
- How to shape bandwidth?
- How to wire a RJ-45 cable?
- Email delivery problems explained
- What is SEO and how to achieve it?

SMARTPHONE ARTICLES
- Track lost smartphone w/ IP Address
- Locate your lost Android smartphone?
- How to locate your lost iPhone?

ADVERTISEMENT

ABOUT US

Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and Internet.

TOP RATED VPN PROVIDERS


★★★★★ Company Review Visit Site
★★★★★ Company Review Visit Site
★★★★★ Company Review Visit Site

BLOGROLL
- Web Hosting Resources
- Webmaster Resources
- Prepaid Wireless Plans
- Find a Tennis Partner

COMPANY INFO 
- Terms of Service
- Privacy Policy
- Advertise With Us
- Contact Us

© 2006 - 2017, IPaddress, Inc. All right reserved



WHAT IS MY IP | HIDE IP | CHANGE IP | VPN | PROXY | DDOS | WEB | TOOLS | FORUMS

# Where is Geolocation of an IP Address?

G+

Geolocation for IP **65.112.165.13**.
Hide IP with VPN

### IP Location Finder

| IPv4, IPv6 or Domain Name | IP Lookup |

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

Do you have a problem with IP location lookup? Report a problem.

### Geolocation data from IP2Location (Product: DB6, updated on 2017-9-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.13 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| Nationwide Telecom Inc. | | 34.0522 | -118.2637 |

### Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.13 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Quest Communications Company, LLC | NATIONWIDE TELECOM, INC. | 37.7510 | -97.8220 |

### Geolocation data from EurekAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.13 | United States | California | Bell |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink | 33.9761 | -118.1535 |

### Geolocation data from DB-IP (Product: Full, 2017-8-29)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.13 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink, Inc | 34.0522 | -118.244 |

### Geolocation data from MaxMind (Product: GeoLiteCity, updated on 2017-9-6)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.13 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Not Available | Not Available | 37.751 | -97.822 |



ARE YOU UP TO DATE WITH ALL THE TECH FACTS?

## Why do you need geolocation?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your visitors are coming from. You might have an e-commerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or Dnsstuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of origin. You may also use products developed by 3rd party companies like ip2location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

## IP-based Geolocation FAQ

### 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. IP2Location, MaxMind, Tamo Soft and IPligence offer a few based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use ip2location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a lite or Community edition that provides IP-to-Country mappings. Ip2Country.net and WebHosting.info (Direct) offer the IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical IP2Country database accuracy is more like 95%. For IP-to-Region (or City), accuracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

### SEARCH OUR WEBSITE

| Google Custom Search | Search |

### IP TOOLS

- Trace Email Source
- Verify Email Address
- Proxy Check
- Subnet Calculator

### DOMAIN TOOLS

- Who is Hosting a Website
- Alexa Traffic Rank Checker
- Domain Age Checker
- Reverse DNS Lookup
- HTTP Server Header Check

ADVERTISEMENT

### IP ARTICLES

- What is an IP Address?
- What is an IPv6 Address?
- What is a Subnet Mask?
- What is a MAC address?
- What is an Ethernet?
- What is a TCP/IP?
- What is a DHCP?
- What is IpConfig utility?
- What is IP Spoofing?
- What is static and dynamic IP addresses?
- How to find my computer's IP address?
- My IP address is hacked. What do I do?

ADVERTISEMENT



Protect Your Site from Attacks

Get the DDoS Response Playbook

DOWNLOAD NOW



### VPN & PROXY ARTICLES

- What is a VPN?
- What is a Proxy Server?
- What is Tor?
- What is Internet Censorship?
- What is a Personal VPN?
- What is difference between Proxy & VPN?
- How to detect and prevent DNS Leak?
- How to unblock blocked websites?
- What is a Smart DNS Proxy Server?

### RELATED ARTICLES

- Find IP address of a network printer?
- Find IP addresses of a private network
- How to shape bandwidth?
- How to wire a RJ-45 cable?
- Email delivery problems explained
- What is SEO and how to achieve it?

### SMARTPHONE ARTICLES

- Track lost smartphone w/ IP Address
- Locate your lost Android smartphone?
- How to locate your lost iPhone?

ADVERTISEMENT

### ABOUT US

Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and Internet.

### TOP RATED VPN PROVIDERS


Company Review
Visit Site


Company Review
Visit Site


Company Review
Visit Site

### BLOGROLL

- Web Hosting Resources
- Webmaster Resources
- Prepaid Wireless Plans
- Find a Tennis Partner

### COMPANY INFO

- Terms of Service
- Privacy Policy
- Advertise With Us
- Contact Us

© 2000 - 2017, Ipanel Media, Inc. All rights reserved.



WHAT IS MY IP     HIDE IP     CHANGE IP     VPN     PROXY     DDOS     WEB     TOOLS     FORUMS

## Where is Geolocation of an IP Address?

G+

Geolocation for IP **65.112.165.15.**
Hide IP with VPN

**IP Location Finder**

| IPv4, IPv6 or Domain Name | IP Lookup |

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

Do you have a problem with IP location lookup? Report a problem.

### Geolocation data from IP2Location (Product: DB6, updated on 2017-9-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.15 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| Nationwide Telecom Inc. | | | -118.2637 |

### Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.15 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Quest Communications Company, LLC | NATIONWIDE TELECOM, INC. | 37.7510 | -97.8220 |

### Geolocation data from EurekAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.15 | United States | California | Brill |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink | 33.9761 | -118.1535 |

### Geolocation data from DB-IP (Product: Full, 2017-8-2)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.15 | United States | California | Los Angeles |
| ISP | Organization | Latitude | Longitude |
| CenturyLink | CenturyLink, Inc. | 34.0922 | -118.244 |

### Geolocation data from MaxMind (Product: GeoLiteCity, updated on 2017-6)

| IP Address | Country | Region | City |
|---|---|---|---|
| 65.112.165.15 | United States | Not Available | Not Available |
| ISP | Organization | Latitude | Longitude |
| Not Available | Not Available | 37.751 | -97.822 |



ARE YOU UP TO DATE WITH ALL THE TECH FACTS?

## Why do you need geolocation?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your visitors are coming from. You might have an e-commerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or Dnsstuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of origin. You may also use products developed by 3rd party companies like Ip2location. Our website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

## IP-based Geolocation FAQ

### 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. Ip2location, MaxMind, Tamo Soft and IPligence offer a databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a lite or Community edition that provides IP-to-Country mappings. Ip2country.net and WebHosting.info (Direct) offer a free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Country database accuracy is more like 95%. For IP-to-Region (or City), accuracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

## ABOUT US

Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and the Internet.

## TOP RATED VPN PROVIDERS


★★★★★ Company Review
Visit Site

★★★★★ Company Review
Visit Site


★★★★★ Company Review
Visit Site

## BLOGROLL

▸ Web Hosting Resources
▸ Webmaster Resources
▸ Prepaid Wireless Plans
▸ Find a Tennis Partner

## COMPANY INFO


▸ Terms of Service
▸ Privacy Policy
▸ Advertise With Us
▸ Contact Us

© 2004 - 2017, iPixelMedia, Inc. All rights reserved.

---

## Sidebar

**SEARCH OUR WEBSITE**

| Google Custom Search | Search |

**IP TOOLS**

Trace Email Source
Verify Email Address
Proxy Check
Subnet Calculator

**DOMAIN TOOLS**

Whois Hosting a Website
Alexa Traffic Rank Checker
Domain Age Checker
Reverse DNS Lookup
HTTP Server Header Check

ADVERTISEMENT

**IP ARTICLES**

What is an IP Address?
What is an IPv6 Address?
What is a Subnet Mask?
What is a MAC address?
What is an Ethernet?
What is a TCP/IP?
What is a DHCP?
What is Ipconfig utility?
What is IP Spoofing?
What is static and dynamic IP addresses?
How to find my computer's IP address?
My IP Address is hacked. What do I do?

ADVERTISEMENT


**Protect Your Site from Attacks**

Get the DDoS Response Playbook

DOWNLOAD NOW     IMPERVA INCAPSULA

**VPN & PROXY ARTICLES**

What is a VPN?
What is a Proxy Server?
What is Tor?
What is Internet Censorship?
What is a Personal VPN?
What is difference between Proxy & VPN?
How to detect and prevent DNS Leak?
How to unblock blocked websites?
What is a Smart DNS Proxy Server?

**RELATED ARTICLES**

Find IP address of a network printer?
Find IP addresses of a private network
How to shape bandwidth?
How to wire a RJ-45 cable?
Email delivery problems explained
What is SEO and how to achieve it?

**SMARTPHONE ARTICLES**

Track lost smartphone w/ IP Address
Locate your lost Android smartphone?
How to locate your lost iPhone?

ADVERTISEMENT