# Exhibit C

IPv4info   Table form   API   Store   Statistics     Search: _____  EN | RU
(domain, ip, ASN or company name)

Your ip: 216.48.176.5 | DOLLARPHONE | AS26929 | United States | Details... | Login | 198



Ad Blocker. :(

## Organization: NT-62

| N | I | Block start | End of block | Size | D | AS | Block name | Organization | City | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 🛈 | 65.112.165.0 | 65.112.165.31 | 32 | | AS209 | Q0218-65-112-165-0 | NATIONWIDE TELECOM, INC. | Los Angeles | US |
| | | | Total: | 32 | | | | | | |



### Autonomous Systems
#### of NT-62

| num | name | prefixes | unique ip |
|---|---|---|---|
| Not found | | | |

© 2014-2017 IPv4info    Home    Tools    About    Contacts                    v.0.2.3b

# IPv4info

**Table form**   API   Store   Statistics

Search: [                    ] 🔍   *(domain, ip, ASN or company name)*   EN  |  RU

Your ip: 216.48.176.5 | DOLLARPHONE | AS26929 | 🇺🇸 United States | Details... | Login | 197

Ad Blocker. :(

<<

### IP address
### << 65.112.165.0 >>

| | |
|---|---|
| **Block start** | 65.112.165.0 |
| **End of block** | 65.112.165.31 |
| **Block size** | 32   Domains in block |
| **Block name** | Q0218-65-112-165-0 |
| **AS number** | 209 |
| **Parent block** | 65.112.0.0 - 65.127.255.255 |
| **Organization** | NATIONWIDE TELECOM, INC. |
| **City** | Los Angeles |
| **Region/State** | California |
| **Country** | 🇺🇸 US , United States |
| **Reg. date** | 2014-02-18 |
| **Host name** | no record in reverse zone |
| **Domains** | not found |

>>

