## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:16-cv-02495-MSK-MJW

**NATIONWIDE TELECOM INCORPORATED**,

Plaintiff,

v.

**DOLLAR PHONE CORP.**

Defendant.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE LATE RESPONSE
## IN OPPOSITION TO MOTION FOR RECONSIDERATION

---

Plaintiff Nationwide Telecom Incorporated ("Nationwide"), through its undersigned counsel, respectfully moves for leave to file his Response in Opposition to Motion for Reconsideration ("Motion") one day late, on October 20, 2017, and states as follows:

### Certification Pursuant to D.C.COLO.LCivR 7.1

On the morning of October 20, 2017, counsel for Nationwide conferred with counsel for Dollar Phone Corp. ("Dollar Phone") on the relief sought in this Motion.  Dollar Phone does not oppose the relief sought in this Motion.

### MOTION

1. Dollar Phone filed its Motion for Reconsideration on September 28, 2017.  Therefore, Plaintiff's response was due October 19, 2017.

2. Fed. R. Civ. P. 6 allows the Court to permit an act to be done after the expiration of a specified period when the failure was the result of excusable neglect.

> [T]he determination whether a party's neglect is excusable is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. Such circumstances include [1] the danger of prejudice to the [nonmoving party], [2] the length of the delay and its potential impact on judicial proceedings, [3] the reason for the delay, including whether it was within the reasonable control of the movant, and [4] whether the movant acted in good faith.

*United States v. Torres*, 372 F.3d 1159, 1162 (10th Cir. 2004) (internal citations and quotation marks omitted).

3. In this case, these equitable factors weigh in favor of granting leave for the late filing.

4. First, Dollar Phone does not oppose the relief sought in this Motion and will not be prejudiced by the Court permitting Nationwide to file its Response out of time. Nationwide's late filing of one day will not have any negative consequence on Dollar Phone aside from permitting a response to its Motion for Reconsideration, which Nationwide was originally entitled to file within twenty one days.

5. Nationwide's delay is <u>one day</u>. Discovery in this case is ongoing through the end of November 2017 and this brief delay will not have any negative impact on any case deadlines.

6. Nationwide's failure to respond within the time was due to the neglect of its associate counsel—who is not counsel of record on this case and did not receive the notices directly—who failed to correctly calendar the deadline for Nationwide's response to the Motion for Reconsideration. Due to numerous other deadlines and hearings in other cases this week, Nationwide's associate counsel was unaware she had missed a deadline until this morning, October 20, 2017, when she was reviewing the case file and docket to work on discovery in this matter.

7. There is no evidence, nor could there be, that Nationwide was acting in bad faith or with any dilatory motive. Nationwide, through its counsel, simply made a good faith error.

8. Nationwide respectfully requests that the Court assess the merits of the Motion for

Reconsideration and its Response, rather than issuing a determination on incomplete briefing.

9. Nationwide has not previously requested any extensions of time or moved for leave for late filing in this case. Dollar Phone previously moved the Court for an extension to file its Reply to its Motion to Dismiss, which was granted. (ECF nos. 39, 42.)

10. Nationwide will be filing its Response to Dollar Phone's Motion for Reconsideration today, on October 20, 2017.

WHEREFORE, Nationwide respectfully requests that the Court grant this Motion for Leave to File Response to Motion for Reconsideration, and allow it to file its Response one day late on October 20, 2017.

Dated this October 20, 2017.                                  Respectfully submitted,

*s/Michael J. Davis*
Michael J. Davis (Colo. Bar #44287)
DLG Law Group LLC
4100 E. Mississippi Ave., Suite 420
Denver, CO   80246
Main (303) 758-5100
Fax (330) 758-5055
mdavis@dlglaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October, 2017, a true and correct copy of the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE LATE RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION was served via ECF/CM on the following:

Edward N. Gerwitz
Bronstein, Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4000
New York, NY 10165
ATTORNEY FOR DOLLAR PHONE CORP.

Lee M. Kutner
Kutner Brinen, PC
1660 Lincoln Street, Suite 1850
Denver, CO 80264
ATTORNEY FOR DOLLAR PHONE CORP.

*s/Michael J. Davis*
Michael J. Davis