IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02495-MSK-MJW

NATIONWIDE TELECOM INCORPORATED,

    Plaintiff,

v.

DOLLAR PHONE CORP.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #74**) filed on April 5, 2018, granting Defendant's Motion for Reconsideration and Motion to Dismiss for Lack of Personal Jurisdiction (**Doc. #66**) it is

ORDERED the action is dismissed without prejudice.

ORDERED that costs are awarded to the defendants and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

Dated this 5th day April, 2018.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/Patricia Glover
                           Deputy Clerk